UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CAREY HALL,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

No. 5:17-cv-02250-VEB

<u>ORDER AWARDING EAJA FEES</u>

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THREE HUNDRED FOUR DOLLARS AND 40/100 ($3,304.40), subject to the terms of the Stipulation.

DATE: June 12, 2019   /s/Victor E. Bianchini

                             VICTOR E. BIANCHINI,
                             UNITED STATES MAGISTRATE JUDGE